No. 415. BELRIDGE OIL CO. *v.* CITY OF LOS ANGELES. Appeal from the Supreme Court of California. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Vernon Barrett* for appellant. *Roger Arnebergh* and *Bourke Jones* for appellee.

No. 446. STAPLING MACHINES CO. *v.* STONE, CHAIRMAN, STATE TAX COMMISSION OF MISSISSIPPI. Appeal from the Supreme Court of Mississippi. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. *Bernard Leonard Tighe, Jr.* for appellant. *John E. Stone* for appellee.

No. 316, Misc. COLORADO *v.* KNOUS, CHIEF JUDGE, U. S. DISTRICT COURT FOR THE DISTRICT OF COLORADO. Motion for leave to file and petition for writ of prohibition or writ of mandamus. A rule is ordered to issue, returnable Monday, February 7th, requiring the respondent to show cause why the petition for writ of prohibition or for a writ of mandamus should not be granted. *Duke W. Dunbar*, Attorney General of Colorado, and *Frank A. Wachob*, Deputy Attorney General, for petitioner. *Frank Delaney* for respondent.